UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PATRICK COLLINS | : | |
|     Plaintiff | : | Civil Action No. 11-1483(FSH) |
| v. | : | |
| JOHN DOES 1-13, | : | ORDER |
|     Defendant | : | |

    This matter having come before the Court by way of plaintiff's motion for permission to conduct discovery before holding a conference pursuant to Fed. R. Civ. P. 26(f) in the form of serving subpoenas on internet service providers to obtain information about the identity of the person/entity to whom internet protocol addresses are assigned;

    and the Court having considered the submission, the claims, and governing law;

    and for the reasons set forth in the Opinions delivered on the record on June 1, 2011 and July 1, 2011[1];

    and for good cause shown,

    IT IS ON THIS 1st day of July, 2011

    ORDERED the motion for permission to conduct additional discovery before holding a conference pursuant to Fed. R. Civ. P. 26(f) [Docket No. 12] in the form of serving subpoenas on internet service providers to obtain information about the identity of the person/entity to whom the specific internet protocol addresses set forth in the motion are assigned is granted.  Service of

---

    [1]A transcript of the Opinion may be obtained by contacting King Transcription Service at 973-237-6080.

the subpoenas shall comply with the Federal Rules of Civil Procedure.[2]  Information obtained from the internet service providers shall only be used for the purpose of this litigation and the plaintiff shall be prepared to provide copies of the responsive information to parties who enter appearances in this case;

     IT IS FURTHER ORDERED that the request that this Court enter orders concerning who bears the costs or to compel an internet service provider to comply before the subpoenas are served is denied; and

     IT IS FURTHER ORDERED that the request to extend the deadline to serve the Complaint on the defendants shall be resubmitted via letter and shall include a proposed order. A courtesy copy of the letter and proposed order shall be provided to Chambers.

 

                               s/Patty Shwartz  
                               **UNITED STATES MAGISTRATE JUDGE**

---

[2] If the internet service provider requires court-endorsement of the subpoenas, then the plaintiff shall provide them to the Court to be endorsed "so ordered."